IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AYOTUNDA LOVETT Individually
And On Behalf Of All Similarly Situated
Persons,

    Plaintiff,

v.

SJAC FULTON IND I, LLC d/b/a
Zaxby's, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:14-CV-0983-WSD-JSA

# **O R D E R**

On May 2, 2016, the undersigned issued an order [200] denying Plaintiff's Motion to Seal [168], but allowing a supplemental motion to be filed within twenty-one (21) days of the Order and staying any order to publicly file the documents in the meantime. That deadline has now passed and no supplemental motion has been filed. Thus, the Court **ORDERS** that Plaintiff file the material previously submitted under seal within ten (10) days. As this was the only matter

remaining before the undersigned for determination, the **CLERK** is **DIRECTED** to withdraw the reference to the undersigned.

**IT IS SO ORDERED** this 26th day of May, 2016.

$\underline{\hspace{3in}}$
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE