# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-00983-WSD-JSA
### Lovett v. SJAC Fulton IND I, LLC et al
### Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 06/23/2016.

TIME COURT COMMENCED: 10:06 A.M.
TIME COURT CONCLUDED: 10:30 A.M.     TAPE NUMBER: FTR
TIME IN COURT: 00:24                  DEPUTY CLERK: Sarah Rasalam
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:** Andrew Frisch representing Ayotunda Lovett
David Long-Daniels representing SJAC Food Groups, LLC
David Long-Daniels representing SJAC Fulton IND I, LLC
Angela Ramson representing SJAC Food Groups, LLC
Angela Ramson representing SJAC Fulton IND I, LLC

**OTHER(S) PRESENT:** Jeff DeLoach representing Zaxby's

**PROCEEDING CATEGORY:** Telephone Conference(Non-final Pretrial Conference);

**MINUTE TEXT:** The Court held a telephone conference to discuss Defendants' pending Motion to Strike [207]. Counsel for non-party Zaxby's was present during the telephone conference, and the Court provided Zaxby's with the opportunity to enter an appearance and file a response to the Motion to Strike [207] within 21 days (July 14, 2016). Defendants are ordered to provide to Zaxby's a copy of this minute entry from today's telephone conference.