IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AYOTUNDA LOVETT, individually and on behalf of all similarly situated persons,

     Plaintiff,

v.

SJAC FULTON IND I, LLC d/b/a Zaxby's, and SJAC FOOD GROUPS, LLC d/b/a Zaxby's,

     Defendants.

1:14-cv-983-WSD

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to Defendants' Motion for Summary Judgment, and the Court having granted said motion, it is

**ORDERED AND ADJUDGED** that the Plaintiff take nothing; that the Defendants recover their costs of this action, and the action be, and the same hereby is, **DISMISSED**.

Dated in Atlanta, Georgia, this 23rd day of August 2016.

2

                    JAMES N. HATTEN

                    CLERK OF COURT

By:   s/Benjamin G. Thurman
       Deputy Clerk

Prepared and Entered
on August 23, 2016.
Filed in the Clerk's Office
on August 22, 2016
James N. Hatten
Clerk of Court

By: s/Benjamin G. Thurman
     Deputy Clerk